UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| RAYMOND CANNON | * | CIVIL ACTION NO. 09-02164 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| LEROY SMITH ET AL. | * | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that defendant Leroy Smith's motion to dismiss (doc. # 15) be **GRANTED**, dismissing plaintiff's claims against Smith in his individual and official capacities with prejudice.

THUS DONE AND SIGNED this 31 day of August, 2010, in Shreveport, Louisiana.

Donald E. Walter
United States District Judge