RECEIVED

FEB 1 5 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| RAYMOND LEE CANNON | CIVIL ACTION NO. 09-2164 |
| VERSUS | JUDGE DONALD E. WALTER |
| SIXTH DISTRICT PUBLIC DEFENDER OFFICE, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss [Doc. #36] be and is **GRANTED IN PART**, insofar as the grounds asserted therein apply to defendant, the Sixth District Public Defender Office, and that plaintiff's claims against defendant, the Sixth District Public Defender Office, be **DISMISSED**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss [Doc. #36] filed by defendant, Leroy Smith, Jr., in his capacity as Sixth Judicial District Public Defender be and is **DENIED** as moot.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 11 day of February, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE